UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REAL PROPERTY AT 1502 E. GROVE, )<br>BLOOMINGTON, ILLINOIS, WITH ALL )<br>APPURTENANCES AND )<br>IMPROVEMENTS THEREON, AND )<br>REAL PROPERTY AT 615 E. WALNUT, )<br>BLOOMINGTON, ILLINOIS, WITH ALL )<br>APPURTENANCES AND )<br>IMPROVMENTS THEREON, )<br>)<br>Defendants. ) | Case No. 11-cv-1190 |

## <u>O R D E R   &   O P I N I O N</u>

Before the Court is Plaintiff United States of America's Motion to Seal Case and Motion to Stay (Doc. 2), filed on May 20, 2011. Also on May 20, 2011, the United States filed a Forfeiture Complaint *In Rem*, seeking the forfeiture of two real properties located at 1502 E. Grove, Bloomington, Illinois, and 615 E. Walnut, Bloomington, Illinois, with all appurtenances and improvements thereon, because they were involved in violations of 18 U.S.C. § 2320 (trafficking of counterfeit goods), and were constituted or derived from proceeds obtained directly or indirectly as a result of the commission of an offense referred to in this subchapter, pursuant to 18 U.S.C. § 2323, et seq. The United States seeks to seal and stay the action pursuant to 18 U.S.C. § 981, as there is a related criminal investigation with respect to the owners of the said properties.

Section 981 of Chapter 18 of the United States Code provides that in an action for civil forfeiture, "[u]pon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation." § 981(g)(1). Accordingly, the Court GRANTS Plaintiff's Motion to Seal Case and Stay (Doc. 2). This action is STAYED for a period of 90 days, at which point Plaintiff is directed to inform the Court of the status of the underlying criminal investigation.

IT IS SO ORDERED.

Entered this 23rd day of May, 2011.

s/ Joe B. McDade  
JOE BILLY McDADE  
United States Senior District Judge