## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  11-cv-1190 |
| | ) | |
| REAL PROPERTY AT 1502 E. GROVE, | ) | |
| BLOOMINGTON, ILLINOIS, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| IMPROVEMENTS THEREON, and | ) | |
| REAL PROPERTY AT 615 E. WALNUT, | ) | |
| BLOOMINGTON, ILLINOIS, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| IMPROVMENTS THEREON, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R  &  O P I N I O N

This matter is before the Court on Plaintiff's Motion to Lift Stay and Unseal Case. (Doc. 5). On May 20, 2011, the Plaintiff filed a Forfeiture Complaint In Rem, seeking the forfeiture of two real properties located at 1502 E. Grove, Bloomington, Illinois, and 615 E. Walnut, Bloomington, Illinois, with all appurtenances and improvements thereon, because they were involved in violations of 18 U.S.C. § 2320 (trafficking of counterfeit goods), and were constituted or derived from proceeds obtained directly or indirectly as a result of the commission of an offense referred to in this subchapter, pursuant to 18 U.S.C. § 2323, et seq. (Doc. 1). Plaintiff sought to seal and stay the action pursuant to 18 U.S.C. § 981, as there was a related criminal investigation with respect to the owners of the said properties; the Court granted the Plaintiff's motion to seal and stay the case on May 23, 2011, and extended both

the seal and stay on August 10, 2011. (Docs. 2 & 3; 8/10/2011 Text Order). Plaintiff now asks the Court to lift the stay and unseal the case "so that the government can proceed with this forfeiture proceeding." (Doc. 5 at 1). The seal and stay were originally granted upon Plaintiff's request pursuant to 28 U.S.C. § 981(g)(1), and the Court finds no reason to deny its request that both should be lifted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Lift Stay and Unseal Case (Doc. 5) is GRANTED. The stay of this matter is LIFTED, and the Clerk is directed to UNSEAL it.

Entered this 7th day of November, 2011.

s/ Joe B. McDade
JOE BILLY McDADE
United States Senior District Judge
